# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

November 26, 2019

The Honorable P. Kevin Castel
United States District Judge
United Stated District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-26-19

Re: USA v. Adan Perez-Rosso
18 Cr. 505 (PKC)

Dear Judge Castel,

Our office represents Mr. Adan Perez-Rosso in the above referenced matter.

Mr. Perez-Rosso respectfully requests the temporary return of his U.S. Passport, which is currently in the custody of U.S. Pretrial Services, so that he can renew his Driver's License.

Mr. Perez-Rosso requests his U.S. Passport to be returned to him from December 10, 2019 to December 12, 2019. If this request is granted, Mr. Perez-Rosso will promptly surrender his Passport again to the custody of U.S. Pretrial Services, on or before December 12, 2019.

U.S. Pretrial Services Officer Marlon Ovalles has no objections to this request, and A.U.S.A. Adam Hobson has no objections to this request.

Thank you for your consideration.

Respectfully submitted,

/S/
Telesforo Del Valle, Jr., Esq.
Attorney for Defendant,
Adan Perez-Rosso

Cc: A.U.S.A. Adam Hobson
U.S. Pretrial Services Officer Marlon Ovalles