UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                    -against-

ADAN PEREZ ROSSO,

                        Defendant.
-----------------------------------------------------------x

18 CR 505 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        Samuel Gregory of the CJA panel is appointed counsel for Adan Perez Rosso.  Conference is scheduled for January 17, 2023 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         December 30, 2022