*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

August 19, 2024

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is adjourned from September 17, 2024 to November 19, 2024 at 2:30 p.m.
SO ORDERED.
Dated:  8/28/2024

P. Kevin Castel
United States District Judge

**Re**: <u>United States v. Adan Perez Rosso</u>
Docket # 18 Cr 505

Dear Judge Castel,

Mr. Rosso is currently scheduled to be sentenced by Your Honor on September 17, 2024. I will be engaged on trial before Judge Donnelly in the Eastern District on that date. The trial commences on September 9, 2024, and is expected to take a little less than three weeks. Therefore, ask the Court to Adjourn Mr. Rosso's sentencing until November 6,7 or 8th. I have spoken to AUSA Hobson who is available on those dates. Thank you.

Respectfully submitted,

By:     */s/Samuel Gregory//*
Samuel Gregory, Esq
Attorney for defendant
16 Court Street, Suite 3500
Brooklyn, New York 11201

*Attorney for Adan Perez Rosso*

Cc: Clerk of Court (PKC) (by ECF)
Adam S. Hobson for the Government (by ECF)