UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,             :
                                      :
                                      :
                                      :
        - against -                   :
                                      :
                                      :   18 CR 505 (PKC)
 ADAN PEREZ ROSSO                     :
                                      :
                                      :
                Defendant.            :
-------------------------------------------------------------X

**COURT ORDER GRANTING THE RELEASE OF ADAN PEREZ ROSSO'S PASSPORT**

  The Court orders that this order and the United States Southern District Pre-Trial Services release the passport of defendant Adan Perez Rosso.

  The Court orders that this order that the release of defendant's passport. Ordered that the defendant's motion is granted.

Dated: January 14, 2025

<u>SO ORDERED.</u>                                    _____
                                                      The Honorable P. Kevin Castel
                                                      United States District Judge